```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :          17-CR-292 (VSB)
              -against-                                     :
                                                            :              ORDER
LATTINE CLARK, a/k/a Dutts,                                 :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      We have received communication from the family member of Defendant Lattine Clark (Reg. No. 79172-054), expressing concern about Defendant Clark's mental health. Accordingly, it is hereby:

      ORDERED that the parties in the case contact the Federal Bureau of Prisons to inquire about Defendant Clark's health, and request that he be seen by the appropriate medical/mental health professionals if needed.

SO ORDERED.

Dated:  March 18, 2022
          New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge