UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                                 17-CR-292 (VSB)

LATTINE CLARK, a/k/a Dutts,               **ORDER**

                  Defendant.

------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

I received communications from a family member of Defendant Lattine Clark (Reg. No. 79172-054), expressing concern about Mr. Clark's health and condition, and indicating that Mr. Clark was not receiving treatment.  Accordingly, it is hereby:

     ORDERED that the parties in the case contact the Federal Bureau of Prisons to inquire about Mr. Clark's health and wellbeing, and request that he be seen by the appropriate medical/mental health professionals if needed.

     IT IS FURTHER ORDERED that the parties update the Court on the status of these inquiries by October 6, 2022.

SO ORDERED.

Dated:    September 27, 2022
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge